WHEELER v. NORTON. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Fannie S. Wheeler against William F. Norton. No opinion. Motion denied, with $10 costs.

In re WHITE. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) In the matter of the application of Josiah J. White, guardian of the person of Frederic Hall White, for the payment of funds by the Long Island Loan & Trust Company for the support and maintenance of said Frederic Hall White, etc. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

In re WHITE. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) In the matter of the application of Josiah J. White, guardian of the person of Frederic Hall White, an infant, to compel an accounting of the Long Island Loan & Trust Company, guardian of the property of said infant. No opinion. Appeal dismissed, with $10 costs and disbursements.

WILLIAMS v. BACKUS. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Joseph Williams against Margaret E. Backus. No opinion. Appeal dismissed, without costs.

WILLIAMS v. BACKUS et al. (two cases). (Supreme Court, Appellate Division, First Department. April 15, 1904.) Actions by Joseph Williams against Margaret E. Backus and others. No opinion. Appeals dismissed, without costs.

WILPON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Jacob Wilpon against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. Bogert, for respondent. No opinion. Judgment and order affirmed, with costs.

WINEHILL, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Annette E. Winehill against the Consolidated Gas Company. D. McClure, for appellant. D. P. Hays, for respondent. No opinion. Judgment and order affirmed, with costs.

WITHERS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Frederick C. Withers against the city of New York. No opinion. Motion denied, with $10 costs.

WITMARK et al. v. TAMS. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Marcus Witmark and others against Arthur W. Tams. No opinion. Motion for leave to go to Court of Appeals granted, and question certified as stated in memorandum per curiam.

WOLPERS, Respondent, v. NEW YORK & Q. ELECTRIC LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Conrad Wolpers, Jr., an infant, by his guardian ad litem, Conrad Wolpers, against the New York & Queens Electric Light & Power Company. No opinion. Motion denied.

W. & J. SLOANE, Respondents, v. PEABODY, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by W. & J. Sloane against Royall C. Peabody. R. P. Chittenden, for appellant. S. Bacon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re YOUNG. In re EVERSON. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) In the matter of petition of Catharine Young for letters of administration, etc., of John Young, deceased. In the matter of petition of Mina Y. Everson for letters, etc., of John Young, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

END OF CASES IN VOL. 87.